# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings |
| | Under Chapter 13 |
| CURTIS R. SIMSHAUSER | |
| REBECCA A. SIMSHAUSER | |
| | Case No. 18-31502 |
| Debtor(s). | |

**ORDER**

     This matter is before the court pursuant to a Motion for Continuation of the Automatic Stay, filed by the debtor(s).  The automatic stay as it applies to all creditors in this case is hereby extended until further order by this Court.

     Any objections to the extension of the automatic stay in this matter must be filed within fourteen (14) days of this Order.  Any objections filed within that time period will be heard on November 8, 2018, at 9:00 a.m., in the U.S. Bankruptcy Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

ENTERED: October 18, 2018

                                     /s/ Laura K. Grandy           27
                               UNITED STATES BANKRUPTCY JUDGE